# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ROCHESTER, an Individual<br><br>Plaintiffs,<br><br>vs.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TAKEDA SAN DIEGO, INC.; TAKEDA PHARMACEUTICAL COMPANY LIMITED; ELI LILLY AND COMPANY; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 3:12-cv-00007 JSW<br><br>Assigned to Hon. Jeffrey S. White<br><br>[~~Proposed~~] ORDER TO REMAND |

**[~~PROPOSED~~] ORDER TO REMAND**

| | |
|---|---|
| 1 | Upon consideration of the parties' stipulation, it is hereby ordered that this |
| 2 | action is **REMANDED** to the Superior Court of California, County of Napa. Each |
| 3 | party shall bear their own costs and attorneys' fees incurred in connection with the |
| 4 | removal of this action and other proceedings in this Court. |
| 5 | **IT IS SO ORDERED.** |
| 6 | Dated: February _3_, 2012 |
| 7 | By: _/s/ Jeffrey S. White_ |
| 8 | The Honorable Jeffrey S. Whyte<br>United States District Judge<br>Northern District of California |

-1-

[PROPOSED] ORDER TO REMAND