# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ROCHESTER, an Individual<br><br>Plaintiffs,<br><br>vs.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TAKEDA SAN DIEGO, INC.; TAKEDA PHARMACEUTICAL COMPANY LIMITED; ELI LILLY AND COMPANY; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 3:12-cv-00007 JSW<br><br>Assigned to Hon. Jeffrey S. White<br><br>[~~Proposed~~] ORDER TO REMAND |

**[~~PROPOSED~~] ORDER TO REMAND**

Upon consideration of the parties' stipulation, it is hereby ordered that this action is **REMANDED** to the Superior Court of California, County of Napa. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this Court.

**IT IS SO ORDERED.**

Dated: February 3, 2012

By: *Jeffrey S. White*
The Honorable Jeffrey S. Whyte
United States District Judge
Northern District of California

-1-
[PROPOSED] ORDER TO REMAND