# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ACTOS (PIOGLITAZONE) PRODUCTS
LIABILITY LITIGATION**

| | | |
|---|---|---|
| Rochester v. Takeda Pharmaceuticals North America, Inc., et al., | ) | |
|     N.D. California, C.A. No. 3:12-00007 | ) | MDL No. 2299 |
| Friedman et al v. Takeda Pharmaceuticals North America, Inc., et al., | ) | |
|     N.D. California, C.A. No. 4:11-06725 | | |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

     A conditional transfer order was filed in these actions (*Rochester* and *Friedman*) on January 18, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Rochester* and *Friedman* filed a notice of opposition to the proposed conditional transfer order. The Panel has now been advised that *Rochester* was remanded to state court by the Honorable Jeffrey S. White in an order dated February 3, 2012, and *Friedman* was remanded to state court by the Honorable Claudia Wilken in an order dated February 3, 2012.

     IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-3" filed on January 18, 2012, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel
